IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AUGUSTUS W. ALLEN,

    Plaintiff,

v.

                                            Case No. 23-CV-120-WMC

AMANDA STANEK,

    Defendants.

---

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

---

Plaintiff submits the attached proposed verdict form for use at trial in the subject matter.

Dated: July 29, 2024.

                                            Respectfully submitted,

                                            */s/ Lonnie D. Story*
                                            Lonnie D. Story, Esquire
                                            Attorney for Defendant
                                            STORY LAW FIRM, LLC
                                            Wis. Bar #1121459
                                            732 N. Halifax Avenue, #301
                                            Daytona Beach, Florida 32118
                                            (386) 492-5540
                                            lstorylaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AUGUSTUS W. ALLEN,

    Plaintiff,

v.

                                                    Case No. 23-CV-120-WMC

AMANDA STANEK,

    Defendants.

---

**VERDICT FORM**

---

**EIGHTH AMENDMENT CLAIMS**

**QUESTION 1**: Was Plaintiff Augustus Allen sexually harassed by Defendant Amanda Stanek?

ANSWER (yes or no): _____

*If you answered "yes" to question 1, answer Question 2.*

*If you answered "no" to question 1, proceed to Question 7.*

**QUESTION 2**: Was Plaintiff Augustus Allen sexually assaulted by Defendant Amanda Stanek?

*If you answered "yes" to question 1, answer Question 2.*

*If you answered "no" to question 1, proceed to Question 7.*

**QUESTION 3**: Did Plaintiff suffer harm as a result of Defendant's conduct?

ANSWER (yes or no): _____

*If you answered "Yes" to question 3, then proceed to Question 4.*

*If you answered "no" to question 3, proceed to Question 7.*

2

**QUESTION 4**:  What sum of money, if any, would fairly and adequately compensate Plaintiff for any resulting harm?

ANSWER:  $_____

*Answer Question 5*.

**QUESTION 5**: Did Defendant act with malice or in reckless disregard of Plaintiff's rights?

*If you answered "Yes" to Question 5, then answer Question 6.*

*If you answered "No" to Question 5, move on to Question 7.*

**QUESTION 6**: What amount of money, if any, do you award as punitive damages against Defendant?

ANSWER:  $_____

*Have the foreperson sign and date this form and notify the bailiff that you have reached a verdict. Do not tell the bailiff what the verdict is.*

FOREPERSON:_____

DATE:  _____

3